**Order filed October 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00379-CV
_____

### ROSALINDA REYES, Appellant

### V.

### MEMORIAL HERMANN HEALTH D/B/A TIRR MEMORIAL HERMANN, Appellee

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2013-35690

## O R D E R

Appellant's brief was due October 17, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 14, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM